**STATE of Missouri, Respondent,**

**v.**

**Michael PILCHER, Appellant.**

**No. WD 42900.**

Missouri Court of Appeals,
Western District.

Submitted March 18, 1992.

Decided July 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Application to Transfer Denied
Oct. 27, 1992.

Brad B. Baker, Office of State Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., for respondent.

Before LOWENSTEIN, C.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Defendant appeals from convictions of two counts of sodomy, one count of forcible rape, and one count of armed criminal action. Sections 566.060, 566.030, 571.015 RSMo 1986. This appeal has been consolidated with defendant's appeal from the denial of a Rule 29.15 motion for post-conviction relief, after an evidentiary hearing.

The judgment of conviction is affirmed. Rule 30.25(b) and 84.16(b).

The appeal from the denial of post-conviction relief is dismissed. *State v. Mayo,* 784 S.W.2d 897 (Mo.App.1990).